# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**ORIGINAL**

United States of America
v.
Tito Ubaldo Guirao-Aguilar
*Defendant*

Case No. 4:10cr00106

FD 1966084

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Tito Ubaldo Guirao-Aguilar,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Reentry of Removed Alien.

In violation of Title 8 United States Code, Section 1326(a).

Date: 09/14/2010

*Issuing officer's signature*

City and state: Newport News, Virginia

F. Bradford Stillman, United States Magistrate Judge
*Printed name and title*

---

**Return**

| | | |
|---|---|---|
| This warrant was received on *(date)* 9/15/2010, | and the person was arrested on *(date)* 7/24/2023 | |
| at *(city and state)* Norfolk, VA | | |
| Date: 7/24/2023 | | |

*Arresting officer's signature*

OFFICER Ryan Hamilton
*Printed name and title*